1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   BRET LEE SNIDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:07-cr-00308 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON |
| v. | ) | |
| BRET LEE SNIDER, | ) | Date: September 26, 2008 |
| Defendants. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAWRENCE W. RICE, Jr., Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Bret Snider, that the date for sentencing may be continued to September 26, 2008. **The date currently set for sentencing is September 12, 2008.  The requested new date is September 26, 2008.**

Defense counsel has just discovered a possible error in the Criminal History calculation for Mr. Snider.  The possible error results from a prior matter which the defense believes was dismissed, but the probation office believes resulted in a conviction.  The resolution of this issue will effect Mr. Snider's Criminal History Category and, consequently, the recommended sentence under the plea agreement.  The parties request additional time to either resolve this disagreement or prepare to fully argue the matter before the court.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED: September 10, 2008          By /s/ Dawrence W. Rice, Jr.
                                              DAWRENCE W. RICE, Jr.
                                              Assistant United States Attorney
                                              Attorney for Plaintiff


                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: September 10, 2008          By /s/ Eric V. Kersten
                                              ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              Bret Lee Snider


## O R D E R

**Good Cause exists to continue the matter to 8:45 a.m. on September 26, 2008.**  The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   September 10, 2008**         /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE