# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>BRET LEE SNIDER,<br><br>                    Defendant.<br>                                                    / | CASE NOS. CR F 07-0308 LJO and CV F 09-2018<br><br>**ORDER TO DENY 28 U.S.C. § 2255 MOTION** (Doc. 14.) |

Defendant Bret Lee Snider ("defendant") is a federal prisoner and proceeds pro se. Defendant filed a form 28 U.S.C. § 2255 motion to address alleged denial of medical treatment. Defendant's motion seeks relief subject to 42 U.S.C. § 1983, not 28 U.S.C. § 2255. As such, this Court DENIES defendant's 28 U.S.C. § 2255 motion and DIRECTS defendant, if he wishes, to pursue a 42 U.S.C. § 1983 claim. This Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:     November 18, 2009**                    /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE

1